THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

LEONIDES GUEVARA,

    Plaintiff,

v.

CONSTAR FINANCIAL
SERVICES, LLC,

    Defendant.

3:17-CV-2282
(JUDGE MARIANI)

## ORDER

AND NOW, THIS 4th DAY OF JUNE 2020, upon consideration of Plaintiff's "Motion for Summary Judgment as to Liability" (Doc. 56) and Defendant's "Motion for Summary Judgment" (Doc. 58), and all relevant documents, for the reasons set out in this Court's accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's Motion is **DENIED**.
2. Defendant's Motion is **DENIED**.

_____
Robert D. Mariani
United States District Judge